No. 78–5324. HOWARD v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 78–5358. DULL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–5389. JONES v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 78–5415. GUZMAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 78–5440. KENNEDY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–5483. McMILLIAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–5488. OROZCO ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5494. WILLIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5498. GUILFORD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5529. STONE v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 78–5542. FERNANDO v. CLELAND, ADMINISTRATOR, VETERANS' AFFAIRS, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 78–5563. SMITH v. WARDEN, ILLINOIS STATE PENITENTIARY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 78–5574. YORE v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.